**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GERALD GODWIN,

  Plaintiff.

-vs-                                          CASE NO.:  8:19-CV-1387-T-23JSS

ALLIED INTERSTATE, LLC,

  Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Gerald Godwin, and the Defendant, Allied Interstate, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of July, 2019.

| | |
|---|---|
| */s/ Janelle Neal* | */s/ Jacqueline Simms-Petredis* |
| Janelle Neal, Esquire | Jacqueline Simms-Petredis, Esquire |
| Florida Bar#: 774561 | Florida Bar#: 906751 |
| Morgan & Morgan Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 201 N. Franklin St., Suite 3200 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Tele: (813) 223-5505 | Tele: (813) 221-2626 |
| Fax: (813) 223-5402 | Fax: (813) 357-3534 |
| JNeal@forthepeople.com | jsimms-petredis@burr.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |